■ BANK OF AMERICA, N.A., Respondent, v WARREN MEADE, Appellant, et al., Defendants. [57 NYS3d 908]—In an action to foreclose a mortgage, the defendant Warren Meade appeals from an order of the Supreme Court, Queens County (Dufficy, J.), dated October 7, 2014, which denied his motion to strike or mark off the court's calendar the plaintiff's motion, inter alia, for summary judgment on the complaint.

Ordered that the appeal is dismissed, with costs.

The appellant has abandoned his appeal from the order appealed from by not making any arguments relating to that order in his brief (*see Castle Restoration & Constr., Inc. v Castle Restoration, LLC*, 149 AD3d 692, 693 [2017]; *Matter of*

*Miedema v Miedema*, 144 AD3d 803, 803-804 [2016]). Moreover, the appellant has not assembled a proper record on appeal, as the record does not contain the motion papers and exhibits that were before the Supreme Court (*see* CPLR 5526; *Deutsche Bank Natl. Trust Co. v Hounnou*, 147 AD3d 814, 814-815 [2017]; *Ghatani v AGH Realty, LLC*, 136 AD3d 744 [2016]). Accordingly, the appeal must be dismissed.

The appellant's remaining contentions are not properly before us on this appeal. Mastro, J.P., Hall, Cohen and Iannacci, JJ., concur.